FRANK DAMIANI, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent.— Judgment affirmed, with costs payable by William L. Clay personally. All

concur. (The judgment discontinues and dismisses a silicosis action on the merits, without prejudice to any remedies which plaintiff's attorney might have against plaintiff or defendant.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.